CENTER FOR DISABILITY ACCESS
AMANDA SEABOCK, ESQ., SBN 289900
CLAIRE CYLKOWSKI, ESQ., SBN 335352
TEHNIAT ZAMAN, ESQ., SBN 321557
100 PINE ST., STE 1250
SAN FRANCISCO, CA 94111
(858) 375-7385; (888) 422-5191 FAX
TEHNIATZ@POTTERHANDY.COM
    ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, <br><br> Plaintiff, <br><br> v. <br><br> **Don Chente Investments LLC**, a California Limited Liability Company; <br> **Voa, Inc.**, a California Corporation, <br><br> Defendants. | Case 2:21-cv-00416-FLA-SK <br><br> **Plaintiff's Application for Default Judgment by Court Against Don Chente Investments LLC; and Voa, Inc.** <br><br> Date: January 13, 2023 <br> Time: 1:30 p.m. <br> Ctrm: 6B (6th Floor) |

To Defendants Don Chente Investments LLC; and Voa, Inc., and the attorneys of record, if any:  Please take notice that on January 13, 2023, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at the First Street Courthouse, 350 W. 1st Street, Courtroom 6B, 6th Floor, Los Angeles, California 90012, Plaintiff Orlando Garcia, will present his application for default judgment against defendants Don Chente Investments LLC; and Voa, Inc. The Clerk has previously entered the defaults on Don Chente Investments LLC; and Voa, Inc. on August 13, 2021

and February 22, 2021 respectively.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Don Chente Investments LLC; and Voa, Inc. are business entities and not minors or incompetent persons or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants Don Chente Investments LLC; and Voa, Inc. have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks judgment against Defendants Don Chente Investments LLC; and Voa, Inc. for $2,927.00 in attorneys' fees and costs. Additionally, plaintiff seeks an order directing the defendants to provide wheelchair accessible parking at the property located at 4108 Florence Ave, Bell, CA 90201. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendants Don Chente Investments LLC, a California Limited Liability Company; Voa, Inc., a California Corporation on August 26, 2022, by first class United States Mail, postage prepaid.

Dated: August 26, 2022        CENTER FOR DISABILITY ACCESS

By: */s/ Tehniat Zaman*
Tehniat Zaman, Esq.,
Attorney for Plaintiff

Plaintiff's Application for Default Judgment