JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DON CHENTE INVESTMENTS, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00416-FLA (SKx)<br><br>**JUDGMENT** |

For the reasons stated in the court's August 7, 2023 Order, Dkt. 30, the court hereby ENTERS Judgment in favor of Plaintiff Orlando Garcia ("Plaintiff") and against Defendants Don Chente Investments, LLC and Voa, Inc. (collectively, "Defendants"), as follows:

1. The court AWARDS Plaintiff $1,620 in attorney's fees and $877 in costs, for a total award of $2,497.
2. Defendants are ORDERED to remove the canopies and outside dining facilities at 4108 Florence Ave., Bell, California 90201, as needed to provide unobstructed accessible parking in compliance with the Americans with Disabilities Act.

IT IS SO ORDERED.

Dated: August 17, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge

2